FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 550
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958
EMAIL: frearschmid@aol.com

Attorney for Plaintiff
Eric A. Klein

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. KLEIN<br>　　　Plaintiff,<br><br>　　　vs.<br><br>CULTURED GOURMET, LLC<br><br>　　　Defendant. | Case Number:<br><br>**COMPLAINT FOR DESIGN PATENT INFRINGEMENT**<br>**[JURY TRIAL DEMANDED]** |

　　　Plaintiff Eric A. Klein (KLEIN) alleges in this Complaint for patent infringement against defendants CULTURED GOURMET, LLC (herein after collectively defendant) as follows:

### CLAIM FOR PATENT INFRINGEMENT

### JURISDICTION

1. Jurisdiction is pursuant to 28 U.S.C. § 1338, allowing original jurisdiction in this court for patent cases.

### VENUE

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(c) in that defendants are subject to personal jurisdiction in this district as defendant transact and have transacted business in this district, including activities infringing on KLEIN's patent as set forth herein.

### INTRADISTRICT ASSIGNMENT

1

COMPLAINT

3. Because this case is an Intellectual Property Action, it is not subject to assignment to a particular location or division of the Court under Local Rule 3-2( c).

## NATURE OF THE ACTION

4. This is an action brought against defendant for their infringement of the United States Design Patent No. D 769,060 S (the '060 patent), generally an ornamental design for vegetable fermenting kitchenware.

5. On Oct 18, 2015, said patent was duly and legally issued to plaintiff.

## FACTUAL BACKGROUND

**I. THE ASSERTED '060 patent**

6. At all times relevant, KLEIN is and was the owner of the '060 patent and has and had the rights thereunder. Plaintiff's patent was well known to defendant at all times relevant hereto.

**II. DEFENDANT'S INFRINGEMENT OF THE '060 PATENT**

    **A.  THE DEFENDANT'S ACCUSED PRODUCTS**

7. Commencing within the three years, for purposes of sale, defendant has exposed, marketed, made, used, offered to sell, sold, and/or imported into the United States kitchenware incorporating plaintiff's patented design as taught by the '060 patent. The model name/numbers of the defendant's kitchen include, without limitation, the Kraut Source.

    **B.  DEFENDANT'S DIRECT INFRINGEMENT OF THE '060 PATENT**

8. Commencing within the last years, defendant directly has infringed, and continue to infringe the '060 patent because it, for purposes of sale, has exposed, used, demonstrated, manufactured, imported, promoted, marketed, offered for sale, and sold the defendant's Kraut Source kitchenware which incorporates KLEIN's patented design. In order to have done the forgoing, the defendant's kitchenware utilized plaintiff's '060 patent.

    **C.  DEFENDANT'S INDUCED INFRINGEMENT OF THE '060 PATENT**

9. Commencing within the last two year, defendant is liable for indirect infringement under 35 U.S.C. §271(b) because it has knowingly induced and continues to induce the direct infringement the '060 patent by third parties.

10. Commencing within the last two years, third parties have directly infringed the '060 patent by , for purposes of sale, exposing, buying , marketing, offering for sale and selling the defendants' infringing kitchenware.

11. During said time period, defendant knowingly took active steps to induce third parties in the United States to engage in direct infringement of the Claims of the '060 patent. For example, Defendant provided, sold, or promoted the defendant's infringing kitchenware to third party retailers, for purposes of said third parties to offer for sale and sell and knowing they would resell, said kitchenware which actively induced said third parties to directly infringe the '060 patent .

12. During said time period, defendant possessed the specific intent to induce infringement of the Claims of the '060 patent by third parties which intent was manifested, inter alia, by their selling to retailers for purposes of resale defendant's infringing kitchenware.

13. During said time period, defendant had knowledge of the '060 patent and knowledge that the sale and the resale by third parties of the defendant's kitchenware infringed the '060 patent. During said time period, defendant knew that its actions would and did induce infringement of the '060 patent by third parties. Defendant had actual knowledge of the '060 patent inter alia due to its knowledge of and association with plaintiff.

14. During said time period, defendant knew that exposing, demonstrating, marketing, making, using, offering to sell, selling, and/or importing into the United States the defendant's kitchenware constituted infringement of the '060 patent, based on, among other things, the reasons alleged in the foregoing paragraphs.

15. During said time period, defendant has knowingly taken active steps to induce third parties to engage in direct infringement of the '060 patent and has done so with an affirmative intent to cause such direct infringement and/or with purposeful, culpable action and conduct to encourage such direct infringement. Defendant's specific intent to induce

COMPLAINT

3

infringement is evidenced by, among other things, defendant actively selling said infringing kitchenware to third party retailers for the express purpose of resale knowing that defendants' acts would induce the third party retailers to offer for sale and to sell defendants' infringing kitchenware and by so doing to directly infringe the '060 patent.

16. As a result of defendant's infringement of plaintiff's '060 patent, plaintiff has been damaged in an amount according to proof and because defendant's infringement of the '060 patent was and continues to be wilful and deliberate and without a reasonable basis for believing that its conduct was or is lawful, plaintiff is entitled to treble damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**WHEREFORE** plaintiff prays judgment as follows:

1. That defendant render an accounting for all profits defendant received by infringing said patent;

2. For damages against defendant sufficient to compensate plaintiff in an amount according to proof, but in excess of $250,000;

3. For treble damages;

4. For costs and reasonable attorney fees of the subject litigation and interest as allowable by law; and

5. For such other and further relief as the court may deem just and proper, including injunctive relief.

DATED: August 30, 2017

/s/ *Frear Stephen Schmid*
Frear Stephen Schmid, Attorney for Plaintiff,

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

DATED: August 30, 2017

/s/ *Frear Stephen Schmid*
Frear Stephen Schmid, Attorney for Plaintiff
SECURITY PEOPLE, INC.

JS-CAND 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Eric A. Klein

**DEFENDANTS**
Cultured Gourmet, LLC

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Francisco
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | [X] 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| | 350 Motor Vehicle | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 480 Consumer Credit |
| | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 864 SSID Title XVI | 891 Agricultural Acts |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 USC 284

Brief description of cause:
complaint for design patent infringement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ 250,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*

- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE
- [ ] EUREKA-MCKINLEYVILLE

DATE  08/30/2017

SIGNATURE OF ATTORNEY OF RECORD